Case No. CV 10-4766-JST (FFMx)            Date: May 4, 2011
Title: MARY FEDAIL, etc. v. CITY OF GLENDORA, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                               Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

     On March 8, 2011, the Court set a scheduling conference for May 16, 2011, and ordered counsel to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference.**" (Doc. 10 ¶ 1.) Parties were also ordered to submit a "completed ADR-01 'Settlement Procedure Selection' Form and Order" along with their joint 26(f) Report. (*Id*. ¶ 1(k).) Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

     On its own motion, the Court hereby orders counsel to show cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for counsel's failure to submit a Joint Rule 26(f) Report and completed ADR-01 Form and Order. No later than **May 6, 2011, 12:00 p.m.**, counsel shall submit a Joint Rule 26(f) Report, a completed ADR-01 Form and Order, and a separate written response explaining why counsel has failed to comply with the Court's filing deadlines.

                                                                                           Initials of Preparer: enm