UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4766-JST (FFMx) | Date | June 20, 2012 |
|---|---|---|---|
| Title | MARY FEDAIL, etc. v. CITY OF GLENDORA, etc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO FILE JOINT STATUS REPORT

     On May 4, 2012, the parties were ordered to file a status report with this Court regarding the progress of the case no later than June 18, 2012. As of today's date, no status report has been filed. The parties are ordered to show cause in writing no later than Thursday, June 28, 2012, why they have failed to comply with the Court's order. Alternatively, the filing of a status report will be deemed sufficient compliance with this Order.

                                                                    :

Initials of Preparer   nkb